

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Ali Tabrizi and Dona Tabrizi, | § | No. 08-16-00209-CV |
| Appellants, | § | |
| v. | § | Appeal from the |
| City Of Austin; Greg Guernsey, in his Official Capacity as Director of Planning and Zoning Department, et al., | § | 53rd District Court |
| | § | of Travis County, Texas |
| Appellees. | § | (TC# D-1-GN-15-002968) |

## **O R D E R**

Pending before the Court is Appellants' unopposed motion to stay the appeal while Appellants pursue a vested rights petition under Chapter 245 of the Local Government Code. The motion is GRANTED. Although Appellants have not expressly requested abatement of the appeal, we conclude it is appropriate under the circumstances. The appeal, including all appellate deadlines, are stayed pending resolution of the Chapter 245 petition or further order of the Court. Appellants are directed to file a motion to reinstate the appeal when the Chapter 245 proceedings have concluded.

IT IS SO ORDERED this 26th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.